RECEIVED&FILED
CLERK'S OFFICE

APR 29 2016

US DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 6:13-CR- 117-ORL-31 KRS
                                                    21 U.S.C. § 846
RAFAEL RIVERA                                       21 U.S.C. § 841(a)(1)
EDWIN MORALES-HERNANDEZ                             21 U.S.C. § 853 - Forfeiture
  a/k/a Mikey
JOSE ANTONIO ORTIZ-GONZALEZ
  a/k/a "Chelo"
CARLOS ALBERTO COTTO-LOPEZ
  a/k/a "Papito"
HERIBERTO MORALES-HERNANDEZ
JOSE MANUEL GARCIA-SANTIAGO
  a/k/a "Cenizo"
ISAAC MATTA-ROBLES
JUAN LUIS COLLAZO-PINTO
  a/k/a "Pacho"
EDWIN MIGUEL NEGRON
FRANCISCA MERCEDES PAEZ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date through at least February 2013, in the Middle District

of Florida and elsewhere, the defendants,

RAFAEL RIVERA
EDWIN MORALES-HERNANDEZ
a/k/a Mikey
JOSE ANTONIO ORTIZ-GONZALEZ
a/k/a "Chelo"
CARLOS ALBERTO COTTO-LOPEZ
a/k/a "Papito"
HERIBERTO MORALES-HERNANDEZ

JOSE MANUEL GARCIA-SANTIAGO
a/k/a "Cenizo"
ISAAC MATTA-ROBLES
JUAN LUIS COLLAZO-PINTO
a/k/a "Pacho"
EDWIN MIGUEL NEGRON
FRANCISCA MERCEDES PAEZ

did knowingly and willfully conspire and agree to distribute and possess with intent to distribute and distribute Controlled Substances, namely, Oxycodone, a Schedule II Controlled Substance, and to distribute such Controlled Substances outside the usual course of professional practice and for other than legitimate medical purposes.

All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(C).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of any and all of the violations alleged in Count One of this Indictment, which is punishable by imprisonment for more than one year, the defendants,

RAFAEL RIVERA
EDWIN MORALES-HERNANDEZ
a/k/a Mikey
JOSE ANTONIO ORTIZ-GONZALEZ
a/k/a "Chelo"
CARLOS ALBERTO COTTO-LOPEZ
a/k/a "Papito"
HERIBERTO MORALES-HERNANDEZ

JOSE MANUEL GARCIA-SANTIAGO
a/k/a "Cenizo"
ISAAC MATTA-ROBLES
JUAN LUIS COLLAZO-PINTO
a/k/a "Pacho"
EDWIN MIGUEL NEGRON
FRANCISCA MERCEDES PAEZ

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their right, title, and interest in:

    a. property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and,

    b. property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Daniel W. Eckhart
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

RAFAEL RIVERA
EDWIN MORALES-HERNANDEZ
  a/k/a Mikey
JOSE ANTONIO ORTIZ-GONZALEZ
  a/k/a "Chelo"
CARLOS ALBERTO COTTO-LOPEZ
  a/k/a "Papito"
HERIBERTO MORALES-HERNANDEZ
JOSE MANUEL GARCIA-SANTIAGO
  a/k/a "Cenizo"
ISAAC MATTA-ROBLES
JUAN LUIS COLLAZO-PINTO
  a/k/a "Pacho"
EDWIN MIGUEL NEGRON
FRANCISCA MERCEDES PAEZ

## INDICTMENT

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill

_____
Foreperson

Filed in open court this 8th day of May, 2013.

_____
Clerk

Bail $ _____

GPO 883 525

BOND RECOMMENDATION: None

DWE/af

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

RAFAEL RIVERA

**WARRANT FOR ARREST**

CASE NUMBER: 6:13-cr- 117- ORl-31 KRS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RAFAEL RIVERA and bring him forthwith to the nearest magistrate to answer an

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to possess with intent to distribute controlled substances.

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

_____
Name & Title of Judicial Officer

_____
Signature of Issuing Officer

_____
(By) Deputy Clerk

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

5-8-13  Orlando, FL
Date and Location

Bail fixed at $ _____   by   _____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

BOND RECOMMENDATION: None

DWE/af

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

RAFAEL RIVERA

**WARRANT FOR ARREST**

CASE NUMBER: 6:13-mj-1191-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RAFAEL RIVERA and bring him forthwith to the nearest magistrate to answer a

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to possess with intent to distribute controlled substances.

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

_David A. Baker USMJ_
Name & Title of Judicial Officer

_[signature]_
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

4/9/13   Orlando, FL
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |